IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CINDY HOLMLUND GARDNER and ADAM GARDNER, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:18-CV-170-BR |
| JORDAN T. TRUCKING, L.L.C. and JAVIER ARREDONDO, | § § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulation of Dismissal. (ECF 61). By that motion, the parties state that "all claims, causes of action and matters in controversy asserted in this cause by Plaintiffs against Defendants, have been compromised and completely settled." (*Id.* at 1). The parties "stipulate to the dismissal of this cause with prejudice." (*Id.*). Because the Stipulation of Dismissal seeks an order, the Court interprets the filing as an agreed motion. (*See id.*).

Having considered the motion, the Court finds it should be GRANTED. It is ORDERED that this action is DISMISSED WITH PREJUDICE, with all costs taxed against the party incurring the same.

IT IS SO ORDERED.

ENTERED September 21, 2020.

*[signature]*
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE